IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02564-AP

LEO ESPIRIDION LOPEZ, JR..,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

___

JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES
___

**1.     APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:

Gregory J. Styduhar
Koncilja & Koncilja, P.C.
Pueblo, CO 81003
719.543.9591
719.543.0247 (fax)
greg@konciljaandkoncilja.com

For Defendant:

Sandra T. Krider
Special Assistant United States Attorney
Assistant Regional Counsel
Office of the General Counsel
Social Security Administration
1961 Stout Street, Suite 1001-A
Denver, CO 80294
303.844.0015
303.844.0770 (fax)
sandra.krider@ssa.gov

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

This is a Social Security appeal.  The Court has jurisdiction pursuant to 42 U.S.C. 405(g).

**3.**     **DATES OF FILING OF RELEVANT PLEADINGS**

        A.     **Date Complaint Was Filed:** October 30, 2009

        B.     **Date Complaint was Served on U.S. Attorney's Office**: November 3, 2009

        C.     **Date Answer and Administrative Record Were Filed:** January 11, 2010

**4.**     **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

It appears the Administrative Record is complete and accurate.

**5.**     **STATEMENT REGARDING ADDITIONAL EVIDENCE**

The Plaintiff has not submitted nor does he intend to submit any additional evidence at this time.

**6.**     **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

This case does not provide any unusual claims or defenses.

**7.**     **OTHER MATTERS**

The Plaintiff has no other matters to bring to the attention of the Court.

**8.**     **BRIEFING SCHEDULE**

        A.     **Plaintiff's Opening Brief**: March 15, 2010

        B.     **Response Brief due:** April 14, 2010

        C.     **Reply Brief due:** April 29, 2010

**9.**     **STATEMENTS REGARDING ORAL ARGUMENT**

        A.     **Plaintiff's Statement:** The Plaintiff does not request oral argument.

        B.     **Defendant's Statement:** The Defendant does not request oral argument.

**10.**     **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

        A.     ( )     **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

  **B.** **(X)** **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.** **OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.** **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

  DATED: February 2, 2010

           BY THE COURT:

           *s/John L. Kane*
           U.S. DISTRICT COURT JUDGE

| | |
|---|---|
| APPROVED: | DAVID M. GAOUETTE<br>United States Attorney |
| /s Gregory J. Studuhar<br>Gregory J. Styduhar<br>Koncilja & Koncilja, P.C.<br>Pueblo, CO 81003<br>719.543.9591<br>719.543.0247 (fax)<br>greg@konciljaandkoncilja.com | KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>Kevin.Traskos@usdoj.gov |
| Attorney for Plaintiff | /s Sandra T. Krider<br>Sandra T. Krider<br>Special Assistant United States Attorney<br>1961 Stout Street, Suite 1001-A<br>Denver, CO 80294<br>303.844.0015<br>303.844.0770 (fax)<br>sandra.krider@ssa.gov |
| | Attorneys for Defendant |